UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| V.U.C., P.C.C., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. CITIZENSHIP AND IMMIGRATION SERVICES; <br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of U.S. Department of Homeland Security; <br> UR MENDOZA JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services; <br> CONNIE NOLAN, Acting Associate Director of Service Center Operations Directorate; <br> MICHAEL PAUL, in his official capacity as Director of U.S. Citizenship and Immigration Services Vermont Service Center; and <br> WILLIAM CONNOR, in his official capacity as Director of U.S. Citizenship and Immigration Services Nebraska Service Center, <br><br> Defendants. | Civil Action No. 1:21-cv-10652-RGS |

## NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

Dated: March 22, 2022      By:   */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
MA BBO# 678545
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  March 22, 2022     By:    */s/ Mark Sauter*
                  Mark Sauter
                  Assistant United States Attorney