UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| V.U.C., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;<br>ALEJANDRO MAYORKAS, *Secretary, Department of Homeland Security*;<br>TRACY RENAUD, *Senior Official Preforming The Duties of The Director, United States Citizenship and Immigration Services;*<br>CONNIE NOLAN, *Acting Associate Director, Service Center Operations Directorate;*<br>MICHAEL PAUL, *Director, Vermont Service Center; and*<br>WILLIAM CONNOR, *Director, Nebraska Service Center,*<br><br>　　Defendants. | Civil Action No. 1:21-cv-10652-RGS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Erin E. Brizius withdraws her appearance as counsel for the Defendants in the above-captioned matter. Assistant United States Attorney Mark Sauter will continue as counsel for the government.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　RACHAEL S. ROLLINS
　　　　　　　　　　　　　　　　　　　United States Attorney

Dated: March 22, 2022　　　　By:　　*/s/ Erin E. Brizius*
　　　　　　　　　　　　　　　　　　　ERIN E. BRIZIUS
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　　　　　　　　(617) 748-3398
　　　　　　　　　　　　　　　　　　　Erin.E.Brizius2@usdoj.gov